1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234
       E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9                                    UNITED STATES DISTRICT COURT

10                                  NORTHERN DISTRICT OF CALIFORNIA

11                                        SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,              )   No. CR 3-10-70390 MAG
                                          )
13         Plaintiff,                     )   STIPULATION AND [PROPOSED] ORDER
                                          )   DOCUMENTING WAIVER OF TIME
14    v.                                  )   UNDER RULE 5.1 AND EXCLUSION OF
                                          )   TIME UNDER THE SPEEDY TRIAL ACT
15 KATIA BONILLA,                         )
                                          )
16         Defendant.                     )
                                          )
17 _____)

18         WHEREAS, a Criminal Complaint was filed in this matter on May 11, 2010;

19         WHEREAS, the defendant initially appeared in this matter on June 28, 2010, and was

20 released by the Court at that time on an unsecured $50,000 bond;

21         WHEREAS, at the time of the initial appearance the Court scheduled the parties' next

22 appearance for July 28, 2010, for the purposes of preliminary hearing and arraignment. At the

23 initial appearance, the defendant agreed to waive time under the Speedy Trial Act and Federal

24 Rule of Criminal Procedure 5.1. Appointed counsel later stipulated and agreed to conduct the

25 preliminary hearing on July 28, 2010 and then agreed to a further continuances until August 18,

26 2010 and September 23, 2010;

27         WHEREAS, pursuant to Federal Rule of Criminal Procedure 5.1 the Court is required to

28 conduct a preliminary hearing on or before September 23, 2010, unless, *inter alia*, the defendant,

STIPULATION & [PROPOSED] ORDER
CR 3-10-70390 MAG

1  who is out of custody, waives the preliminary hearing or is indicted;

2  WHEREAS, the United States has and will provide discovery to defense counsel, who
3  will review the evidence to determine whether a pre-indictment disposition is appropriate. Only
4  after evaluating the evidence will counsel be in a position to evaluate any disposition. Counsel
5  for the defendant also believes it is in her best interest to negotiate the case pre-indictment, and
6  he cannot do that without evaluating the evidence.

7  WHEREAS, counsel for the defendant believes that additional time is necessary to review
8  the evidence and investigate the case, and believes it is in the best interests of the defendant to do
9  so before formal charges are filed;

10  WHEREAS, taking into account the public interest in the prompt disposition of criminal
11  cases, the parties agree that these grounds are good cause for extending the time limits for a
12  preliminary hearing under Federal Rule of Criminal Procedure 5.1 from September 23, 2010, to
13  October 22, 2010;

14  WHEREAS, the parties agree that a failure to grant the continuance would deny defense
15  counsel the reasonable time necessary for effective preparation, taking into account the exercise
16  of due diligence, and under the circumstances the ends of justice served by a reasonable
17  continuance outweigh the best interest of the public and the defendant in a speedy trial; and

18  WHEREAS, the defendant consents to the setting of the preliminary hearing on October
19  22, 2010, as well as an exclusion of time under the Speedy Trial Act from September 23, 2010,
20  to October 22, 2010;

21  THEREFORE, it is hereby stipulated by and between the parties, through their respective
22  counsel of record, that the date for the preliminary hearing be set for October 22, 2010, at 9:30
23  a.m. under Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3060 and that time be
24  ///
25  ///
26  ///
27  ///
28  ///

excluded under the Speedy Trial Act between September 23, 2010 and October 22, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: September 20, 2010

MELINDA HAAG
United States Attorney

/s/
KYLE F. WALDINGER
Assistant United States Attorney

DATED: September 20, 2010

/s/
JOHN J. JORDAN
Counsel for the Defendant

[PROPOSED] ORDER

For the foregoing reasons, the Court finds that good cause is shown for extending the time limits set forth in Federal Rule of Criminal Procedure 5.1(c), and, further, concludes that the extension is proper under Rule 5.1(d) and Title 18, United States Code, Sections 3060 and 3161.

The Court finds that the failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the requested extension outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court also concludes that an exclusion of time from September 23, 2010, through and including October 22, 2010, should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court also finds that the ends of justice served by excluding the period from September 23, 2010, to October 22, 2010, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: 2/Sept/2010

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION & [PROPOSED] ORDER
CR 3-10-70390 MAG                    3