MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-10-70390 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER OF TIME UNDER RULE 5.1 AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| KATIA BONILLA, | |
| Defendant. | |

     WHEREAS, a Criminal Complaint was filed in this matter on May 11, 2010;

     WHEREAS, the defendant initially appeared in this matter on June 28, 2010, and was released by the Court at that time on an unsecured $50,000 bond;

     WHEREAS, at the time of the initial appearance the Court scheduled the parties' next appearance for July 28, 2010, for the purposes of preliminary hearing and arraignment. At the initial appearance, the defendant agreed to waive time under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1. Appointed counsel later stipulated and agreed to conduct the preliminary hearing on July 28, 2010 and then agreed to a further continuances until August 18, 2010, September 23, 2010, and October 22, 2010;

     WHEREAS, pursuant to Federal Rule of Criminal Procedure 5.1 the Court is required to conduct a preliminary hearing on or before October 22, 2010, unless, *inter alia*, the defendant,

STIPULATION & [PROPOSED] ORDER
CR 3-10-70390 MAG

who is out of custody, waives the preliminary hearing or is indicted;

WHEREAS, the United States has and will provide discovery to defense counsel, who will review the evidence to determine whether a pre-indictment disposition is appropriate. Only after evaluating the evidence will counsel be in a position to evaluate any disposition. Counsel for the defendant also believes it is in her best interest to negotiate the case pre-indictment, and he cannot do that without evaluating the evidence.

WHEREAS, counsel for the defendant believes that additional time is necessary to review the evidence and investigate the case, and believes it is in the best interests of the defendant to do so before formal charges are filed;

WHEREAS, taking into account the public interest in the prompt disposition of criminal cases, the parties agree that these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 from October 22, 2010, to November 10, 2010;

WHEREAS, the parties agree that a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendant in a speedy trial; and

WHEREAS, the defendant consents to the setting of the preliminary hearing on November 10, 2010, as well as an exclusion of time under the Speedy Trial Act from October 22, 2010, to November 10, 2010;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the date for the preliminary hearing be set for November 10, 2010, at 9:30 a.m. under Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3060 and that time be

///
///
///
///
///

STIPULATION & [PROPOSED] ORDER
CR 3-10-70390 MAG                    2

excluded under the Speedy Trial Act between October 22, 2010 and November 10, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: October 18, 2010                        MELINDA HAAG
                                               United States Attorney

                                               _____/s/_____
                                               KYLE F. WALDINGER
                                               Assistant United States Attorney


DATED: October 18, 2010                        _____/s/_____
                                               JOHN J. JORDAN
                                               Counsel for the Defendant

[~~PROPOSED~~] ORDER

For the foregoing reasons, the Court finds that good cause is shown for extending the time limits set forth in Federal Rule of Criminal Procedure 5.1(c), and, further, concludes that the extension is proper under Rule 5.1(d) and Title 18, United States Code, Sections 3060 and 3161.

The Court finds that the failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the requested extension outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court also concludes that an exclusion of time from October 22, 2010, through and including November 10, 2010, should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court also finds that the ends of justice served by excluding the period from October 22, 2010, to November 10, 2010, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: 10/19/10                                _____
                                               JOSEPH C. SPERO
                                               UNITED STATES MAGISTRATE JUDGE

STIPULATION & [~~PROPOSED~~] ORDER
CR 3-10-70390 MAG                         3